## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| RONALD P. COOLEY, INDIVIDUALLY AND DERIVATIVELY ON BEHALF OF THE LOFTS AT 1234 CONDOMINIUM ASSOCIATION, | : : : : | No. 220 EAL 2020 |
| | : : | Petition for Allowance of Appeal from the Order of the |
| Petitioner | : : | Commonwealth Court |
| | : : | |
| v. | : : : | |
| | : | |
| LOFTS AT 1234 CONDOMINIUM ASSOCIATION, THOMAS MARRONE, AND ECHO VOLLA, | : : : : | |
| Respondents | : : | |

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 30th day of December, 2020, the Petition for Allowance of Appeal

is **DENIED**.